```
Court Name: United States District Court
Division: 1
Receipt Number: 14683014835
Cashier ID: rbroaden
Transaction Date: 07/14/2010
Payer Name: WHARTON
----------------------------------
PRO HAC VICE
 For: WHARTON
 Case/Party: D-VAE-1-10-CR-PROHAC-001
 Amount:        $150.00
----------------------------------
CHECK
 Remitter: WHARTON
 Check/Money Order Num: 43960
 Amt Tendered: $150.00
----------------------------------
Total Due:       $150.00
Total Tendered: $150.00
Change Amt:       $0.00

3 PRO HAC VICE

110CV785

JAMES RINGER

HOWARD KOH
THOMAS FRIEDMAN
```