IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| HONUA SECURITIES CO., LTD., et al. ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | 1:10 CV 0785-GBL-JFA |
| ) | |
| SMI HYUNDAI CORP., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| SMI HYUNDAI CORP. ) | |
| ) | |
| Counter-Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| HONUA SECURITIES CO., LTD., *et al.* ) | |
| ) | |
| Counter-Defendants ) | |

DEFENDANTS' RULE 26(a)(3) DISCLOSURES

NOW COME Defendant/Counterclaimant SMI Hyundai Corp., and Defendants American Federal Contractors, Inc., and Man Ki Kim ("Defendants"), by and through counsel, hereby submit their Pretrial Disclosures in accordance with Fed. R. Civ. P. 26(a)(3) and the Court's Scheduling Orders.

**A.    List of Witnesses**

Defendants expect to present the following witnesses at trial:

1.    Mr. Seung-Tae "Andrew" Jang
      1601 Kapiolani Boulevard
      Suite 910
      Honolulu, HI 96814
      (808)949-9988

1

2.     Mr. Chee-Ho Shin
       Norstar Asia LLC
       Gangnam –gu, Seoul, Korea

3.     Mr. Young-Lyul Kim
       140 Gye-Dong
       Chongro-gu,
       Seoul, Korea 135-713
       (82) 10-5321-8944

4.     Mr. David M. Dale
       3616 Ridgeway Terrace
       Falls Church, VA 22044
       (703) 658-4518

5.     Mr. Christoph Penderok
       Zurich, Switzerland/ Bonn, Germany
       (49) 1712206926
       (424)230-2400

6.     Mr. Tong-Soo Chung, Esq.
       Textile Center
       12F, 944-31 Daechi 2-dong,
       Gangnam-gu,
       Seoul, Korea 135-713
       (82) 2-528-5216

7.     Mr. Man-Ki Kim
       c/o Sang Kuen Park, Esq.

8.     Herbert Kaupert Esq.
       Karl-Carstens-straße 10,
       3113 Bonn, Germany
       (49) 228/90969

In addition, Defendants may call any witness identified by Plaintiffs.

<u>By Deposition:</u>

1.     Seung Tae "Andrew" Jang

**B.**    <u>**List of Exhibits**</u>

Defendants may offer any of the following exhibits as evidence at trial:

1. Credit Facility Agreement (Jang Dep. Exh. 1)

2. 11/29/07 Letter from Jang to Kim and Shin (Jang Dep. Exh. 2)

3. 11/15/07 Letter from Jang to Kim and Shin (Jang Dep. Exh. 3)

4. 10/20/07 email string between Jang and Kim (Jang Dep Exh 4)

5. 10/19/07 email from Kim to Jang with attached documents (Jang Dep Exh 5 along with electronic version)

6. 11/15/07 Email from Shin to Tirosh with attachment (Jang Dep Exh 6)

7. 1/15/08 Letter from Jang to Kim and Shin (Jang Dep Exh 7)

8. 1/28/08 email Jang to Kim (Jang Dep Exh 8)

9. Loan Agreement (Jang Dep Exh 9)

10. Letter of Commitment (Jang Dep Exh 10)

11. Record of Examination of Witness (Jang Dep Exh 11) with German original.

12. D45002-06 (SMI Dep Exh 14)

13. SMI Dep Exh 7

14. SMI Dep. Exh 17 without note at the top of pg. 1

15. D45007, SMI Dep Exh 18

16. SMI Dep. Exh 20

17. SMI Dep Exh 21

18. SMI Dep Exh 26

19 SMI Dep Exh 32

20. 1/14/08 Jang letter to Tirosh

Defendants also may rely upon any one or more documents on Plaintiffs' exhibit list.

STIPULATIONS

Defendants stipulate to all facts admitted in their Answers and in their responses to Plaintiffs' Requests for Admissions.

Dated: March 25, 2011.

                                            Respectfully submitted,

/s/ Daniel M. Press_____
Daniel M. Press, VSB #37123
dpress@chung-press.com
CHUNG & PRESS, P.C.
6723 Whittier Avenue, Suite 302
McLean, Virginia 22101
(703) 734-3800
(703) 734-0590 [facsimile]

Counsel for Defendant SMI Hyundai Corp.

 /s/ Sang Kuen Park_____
Sang Kuen Park., VSB 30362
skp051457@gmail.com
Moon, Park & Associates
7617 Little River Turnpike
Suite 930
Annandale, VA 22003
(703) 941-7395
Fax: 703-941-6252
Counsel for Defendants AMERICAN FEDERAL
CONTRACTORS, INC., and MAN KI KIM

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Thomas E. Ullrich, Esq.
    Daniel L. Fitch, Esq.
    Wharton Aldhizer & Weaver
    100 S Mason St
    PO Box 20028
    Harrisonburg, VA 22801

And I hereby certify that I will mail the document by U.S. mail to the following non-filing users:

None.

    /s/ Daniel M. Press_____
    Daniel M. Press, VSB #37123
    dpress@chung-press.com
    CHUNG & PRESS, P.C.
    6723 Whittier Avenue, Suite 302
    McLean, Virginia 22101
    (703) 734-3800
    (703) 734-0590 [facsimile]
    Counsel for Defendant SMI Hyundai Corp.