IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

HONUA SECURITIES CO., LTD., )
HONUA INVESTMENT MANAGEMENT, INC., )
HONUA REAL ESTATE FUND I, )
HONUA COMMERCIAL PROPERTIES FUND I, )
and JU SUNG CHEOL, )
)
          Plaintiffs, )
)
v. )   Case No. 1:10cv785
)
MAN KI KIM, )
)
          Defendant. )

### AMENDED FINAL JUDGMENT ORDER
### ON COUNTS IV AND V OF THE COMPLAINT

The Court hereby AMENDS the caption of its January 17, 2012 FINAL JUDGMENT ORDER ON COUNTS VI AND V OF THE COMPLAINT to read, "FINAL JUDGMENT ORDER ON COUNTS IV AND V OF THE COMPLAINT."

THIS MATTER is before the Court on a three-day jury trial held on October 24, 25, and 26, 2011. The issues were duly tried, and a jury verdict was duly rendered on October 27, 2011. The Honorable Leonie M. Brinkema granted Defendant Man Ki Kim's unopposed oral motion in open court to correct and amend the jury verdict as to the date on which the pre-judgment interest on the $1.2 million compensatory damages that the jury awarded in favor of Plaintiff Ju Sung Cheol would commence. Accordingly, the Court modified the jury verdict to reflect that the pre-judgment interest on the $1.2 million compensatory damages should commence on

December 10, 2008. (Dkt. No. 140.) Additionally, pursuant to Section 8.01-38.1 of the Virginia Code, on December 12, 2012, the Court granted Defendant Man Ki Kim's Motion to Remit the Punitive Damage Award and ordered that the total amount awarded for punitive damages by the jury against Defendant Man Ki Kim is reduced to $350,000.00. (Dkt. No. 145.) Pursuant to Federal Rule of Civil Procedure 58, it is hereby

ORDERED that JUDGMENT BE ENTERED in favor of Plaintiffs Honua Securities Company, Limited, Honua Real Estate Fund I, Honua Commercial Properties Fund I, and Ju Sung Cheol against Defendant Man Ki Kim as follows:

As to compensatory damages,

1. in favor of Plaintiff Honua Real Estate Fund I as to Bond 2007-1 for compensatory damages in the amount of $ 16,000,000.00,

2. in favor of Plaintiff Honua Commercial Properties Fund I as to Bond 2007-2 for compensatory damages in the amount of $ 16,000,000.00,

3. in favor of Plaintiff Honua Securities Company, Limited, as Security Agent on behalf of and for the benefit of Central Fund Limited, as to Bond 2007-3 for compensatory damages in the amount of $ 15,000,000.00;

4. in favor of Plaintiff Ju Sung Cheol as to bond 2008-1 for compensatory damages in the amount of $1,200,000.00. It is further

ORDERED that an award of prejudgment interest at a rate of 6% per annum commencing on September 21, 2007 is ENTERED on the above compensatory damages awards entered in favor of Plaintiffs Honua Real Estate Fund I, Honua Commercial Properties Fund I, and Honua Securities Company, Limited. It is further

ORDERED that an award of prejudgment interest at a rate of 6% per annum commencing on December 10, 2008 is ENTERED on the above compensatory damages award entered in favor of Plaintiff Ju Sung Cheol. It is further

ORDERED that an award of punitive damages is ENTERED, in favor of all Plaintiffs against Defendant Man Ki Kim for a total amount of $350,000.00.

Pursuant to Federal Rule of Civil Procedure 54(b), the Court finds that there is no just reason for delay of this Judgment.

The Clerk is directed to forward a copy of this Order to counsel of record.

ENTERED this ___ day of January, 2012.

Alexandria, Virginia
1/__/2012

/s/
Gerald Bruce Lee
United States District Judge