IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Honua Securities Co., Ltd., et al., )
Plaintiffs, )
)
v. ) Civil Action No. 1:10cv785 (GBL/JFA)
)
Man Ki Kim, )
Defendant )

JAN 2 4 2012

## JUDGMENT

Pursuant to the Court's January 24, 2012 [Docket No. 159] Amended Final Judgment Order on Counts IV and V of the Complaint and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is ENTERED as to Counts IV and V of the Complaint, in connection with the October 27, 2011 [121] Jury Verdict as amended by the Court's December 8, 2011 [140] Order amending the Jury's verdict to change the date on which the pre-judgment interest on the $1.2 million compensatory damages that the jury awarded in favor of Plaintiff Ju Sung Cheol would commence to December 10, 2008, the subsequent December 12, 2012 [145] Order pursuant to Section 8.01-38.1 of the Virginia Code reducing the total amount awarded for punitive damages by the jury against Defendant Man Ki Kim to $350,000.00, and the Court's finding in its [159] amended final judgment that pursuant to Federal Rule of Civil Procedure 54(b), there is no just reason for delay of this Judgment, as follows:

JUDGMENT IS ENTERED in favor of Plaintiffs Honua Securities Company, Limited, Honua Real Estate Fund I, Honua Commercial Properties Fund I, and Ju Sung Cheol against Defendant Man Ki Kim as follows:

As to compensatory damages,

1. in favor of Plaintiff Honua Real Estate Fund I as to Bond 2007-1 for compensatory damages in the amount of $ 16,000,000.00,

2. in favor of Plaintiff Honua Commercial Properties Fund I as to Bond 2007-2 for compensatory damages in the amount of $ 16,000,000.00,

3. in favor of Plaintiff Honua Securities Company, Limited, as Security Agent on behalf of and for the benefit of Central Fund Limited, as to Bond 2007-3 for compensatory damages in the amount of $ 15,000,000.00;

4. in favor of Plaintiff Ju Sung Cheol as to bond 2008-1 for compensatory damages in the amount of $1,200,000.00.

Further, an award of prejudgment interest at a rate of 6% per annum commencing on September 21, 2007 is ENTERED on the above compensatory damages awards entered in favor of Plaintiffs Honua Real Estate Fund I, Honua Commercial Properties Fund I, and Honua Securities Company, Limited.

Further, an award of prejudgment interest at a rate of 6% per annum commencing on December 10, 2008 is ENTERED on the above compensatory damages award entered in favor of Plaintiff Ju Sung Cheol.

Further, an award of punitive damages is ENTERED, in favor of Plaintiffs Honua Securities Company, Limited, Honua Real Estate Fund I, Honua Commercial Properties Fund I, and Ju Sung Cheol against Defendant Man Ki Kim for a total amount of $350,000.00.

Dated: January 24, 2012.

                                          FERNANDO GALINDO, CLERK OF COURT

                                          By: _____/s/_____

                                          Terese Bull, Deputy Clerk

Alexandria, Virginia